August 29, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

SUTAPA GHOSH AND CINEMAWALLA, INC., Appellants

NO. 14-10-00974-CV                                    V.

PAWAN GROVER, M.D., 87 MINUTES PRODUCTIONS, L.L.C. AND PAV
ENTERTAINMENT, L.L.C., Appellees

_____

      This cause, an appeal from the judgment in favor of appellees, Pawan Grover, M.D., 87 Minutes Productions, L.L.C. and PAV Entertainment, L.L.C., signed July 30, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the appellees take nothing on their breach-of-contract claim, their conversion claim, and their fraud claim to the extent they sought benefit-of-the-bargain damages. We further **REMAND** the cause for proceedings in accordance with this court's opinion.

      We further order that each party shall pay its costs by reason of this appeal.

      We further order this decision certified below for observance.